**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KRISTIN REGAN, on behalf of herself and all others similarly situated, | Case No. 1:17-cv-07542-MKB-LB |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| -against- | |
| ARCADIA RECOVERY BUREAU, LLC | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
              July 11, 2018

| | |
|---|---|
| By: /s/ Joseph H. Mizrahi | By: /s/ Arthur Sanders |
| Joseph H. Mizrahi, Esq. | Arthur Sanders, Esq. |
| Joseph H. Mizrahi Law, P.C. | Barron & Newburger, PC |
| 300 Cadman Plaza West, 12th Floor | 30 South Main Street |
| Brooklyn, New York 11201 | New City, New York 10956 |
| (917) 299-6612 | (845) 499-2990 |
| Fax: (718) 425-8954 | Alt: (512) 476-9103, x-247 |
| Joseph@Jmizrahilaw.com | asanders@bn-lawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SO ORDERED:
s/MKB  7/18/2018

_____
MARGO K. BRODIE
United States District Judge